FILED: May 14, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1491 (L)
(1:14-cv-00848-JCC-IDD)
_____

MAURICE WHITE

       Plaintiff - Appellee

v.

MICHAEL L. CHAPMAN, Loudoun County Sheriff

       Defendant - Appellant

 and

WADE P. PHILLIPS, Loudoun County Deputy Sheriff

       Defendant

_____

No. 15-1494
(1:14-cv-00848-JCC-IDD)
_____

MAURICE WHITE

       Plaintiff - Appellee

v.

WADE P. PHILLIPS, Loundoun County Deputy Sheriff

       Defendant - Appellant

and

MICHAEL L. CHAPMAN, Loundoun County Sheriff

       Defendant

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                */s/Patricia S. Connor, Clerk*